UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERREL HOLMES,<br>Plaintiff,<br>v.<br>DAWLING,<br>Defendant. | Case No. 1:25-cv-00892 KES EPG (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br>Docs. 23, 37 |

Plaintiff Terrel Holmes asserted the defendant violated his Eighth Amendment rights while he was housed at the California Substance Abuse Treatment Facility and State Prison ("CSATF"). *See* Docs. 1, 23. Plaintiff brought the present motion for preliminary injunction, seeking an order requiring the California Department of Rehabilitation and Corrections ("CDCR") at CSATF "to preserve favorable video evidence of the incident on the 1st day of May, 2025 in building d-2, including all body camera footage and close[d] circuit video footage in the day room and any subsequent video footage that captured the incident." Doc. 23 at 1. Defendant filed a response confirming that CDCR provided defense counsel with the relevant video footage retained as part of the investigation into Plaintiff's administrative grievance and that "[t]he video footage is and will continue to be preserved pursuant to the Office of the Attorney General and CDCR's respective retention policies." Doc. 27 at 2. Plaintiff did not file a reply.

Thereafter, on August 7, 2026, the magistrate judge issued findings and recommendations that the motion for preliminary injunction be denied. Doc. 37. The magistrate judge found that

Plaintiff did not meet “his high burden of proving that he is entitled to a preliminary injunction on his request for preservation of evidence.” *Id.* at 4. The magistrate judge recommended the motion for preliminary injunction be denied. *Id.* at 4–5.

The Court served the findings and recommendations on the parties and granted thirty days to file any objections. *Id.* at 5. The Court informed the parties that a failure to file timely objections may result in the waiver of rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). No objections were filed, and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued August 7, 2026 (Doc. 37) are ADOPTED in full.
2. Plaintiff’s motion for preliminary injunction (Doc. 23) is DENIED.

IT IS SO ORDERED.

Dated: September 26, 2026

UNITED STATES DISTRICT JUDGE